# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **WILLIAM L. MEDDING, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | CIVIL NO. JKB-17-0752 |
| **NATIONSTAR MORTGAGE LLC** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiffs' Motion to Dismiss Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (filed on May 11, 2017 (ECF No. 14) will be construed as a notice of dismissal without prejudice, prior to either answer or summary judgment, and, pursuant to Federal Rule of Civil Procedure 41(a)(1) the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 30th day of May, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge